Filed 6/14/23  P. v. Baca CA3

## NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C097328 |
| Plaintiff and Respondent, | (Super. Ct. No. 17FE020607) |
| v. | |
| TREDERIALO BACA, | |
| Defendant and Appellant. | |

Defendant Trederialo Baca appeals the trial court's denial of his petition for resentencing under Penal Code section 1172.6.  Counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 and requested we exercise our discretion to review the entire record for arguable issues on appeal.

On March 23, 2023, we notified defendant:  (1) counsel had filed a brief indicating no arguable issues had been identified; (2) as a case arising from an order denying postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and (3) in accordance with the procedures set forth in *Delgadillo*, defendant

1

had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider.  In addition, we notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned.  More than 30 days have elapsed and we received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

**DISPOSITION**

The appeal is dismissed.

/S/

_____

RENNER, J.

We concur:

/S/

_____

DUARTE, Acting P. J.

/S/

_____

HORST, J.*

_____

* Judge of the Placer County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

2